■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. WILLIE HOLTON, Appellant.— Appeal from a judgment of conviction rendered by the County Court, Queens County, January 7, 1958. On November 1, 1957 appellant was found guilty, by a jury, of kidnapping, robbery in the first degree, sodomy in the first degree (two counts), and of possession of a dangerous weapon as a misdemeanor. On January 7, 1958 appellant was sentenced to serve from 20 to 25 years on the kidnapping count, execution of which was suspended, 10 to 15 years on the robbery count, 5 to 10 years on each of the sodomy counts, the sentences to run concurrently, and sentence was suspended on the dangerous weapon count. Judgment unanimously affirmed. No opinion. Present — Nolan, P. J., Ughetta, Kleinfeld, Christ and Brennan, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. BILL SHERIFF, Appellant.— Appeal (1) from a judgment rendered by the County Court, Kings County, June 19, 1959, sentencing appellant, after he had been found guilty by a jury, of burglary in the third degree and petit larceny, to serve from four to eight years on the burglary count and suspending sentence on the petit larceny count, and (2) from each and every intermediate order therein made. Judgment unanimously affirmed. No opinion. No separate appeal lies from the intermediate orders, which have been reviewed on the appeal from the judgment of conviction. Present — Nolan, P. J., Ughetta, Kleinfeld, Christ and Brennan, JJ.